■ In the Matter of the Application of ROBERT L. BARRY, for Admission to the Bar.— Application for admission to practice as an attorney and counselor at law. Application denied upon the ground that the proof fails to establish, as required by the applicable rule (CPLR 9406, subd. 3), that the applicant is an actual resident of the State of New York and that he has been such resident for six months prior to the filing of his application. The applicant may renew his application after he shall have established such residence, and upon furnishing satisfactory proof thereof. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of SAUL JALOSKY, Attorney at Law, Respondent. SOLOMON A. KLEIN, Petitioner.— A petition having been presented to discipline respondent, an attorney at law, by reason of certain charges of professional misconduct stated therein; such petition having been duly served upon the respondent; and the respondent, on May 26, 1964, having duly executed and delivered to the Clerk of this court his written resignation from the office of attorney and counselor at law and his consent that he be removed from such office, such resignation and consent are accepted and ordered to be filed, and respondent's name is directed to be struck from the roll of attorneys and counselors at law. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of KNIERIEMEN OIL COMPANY et al., Petitioners, v. ROBERT A. LANE, as Building Inspector of the Town of Poughkeepsie, et al., Respondents.— Petitioners move before the Hon. JAMES D. HOPKINS, an Associate Justice of this court, pursuant to statute (CPLR 5701, subd. [c]), for permission to appeal to this court from an order made April 16, 1964, at a Special Term, Supreme Court, Dutchess County, which dismissed the petition in a proceeding under article 78 of the CPLR. The motion is denied by Mr. Justice HOPKINS as unnecessary. The said order is not an intermediate order in a special proceeding, but a final judgment which granted a motion to dismiss the petition and which has terminated the proceeding (CPLR 7806). Such judgment is appealable as a matter of right (CPLR 5701, subd. [a]; cf. CPLR 103, subd. [b]).